**No. 10-9091. Ehren Van Wart, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1714, 179 L. Ed. 2d 643, 2011 U.S. LEXIS 2195.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 794.

**No. 10-9098. Uriel Palacios, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1714, 179 L. Ed. 2d 643, 2011 U.S. LEXIS 2303.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 893.

**No. 10-9099. Mark McCurdy, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1714, 179 L. Ed. 2d 643, 2011 U.S. LEXIS 2171.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-9102. Earl Henry Leet, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1714, 179 L. Ed. 2d 643, 2011 U.S. LEXIS 2118.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 406 Fed. Appx. 830.

**No. 10-9124. Jarrod Cole, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1715, 179 L. Ed. 2d 643, 2011 U.S. LEXIS 2120.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.